AO 91 (Rev. 11/11)  Criminal Complaint                                                                    JMR

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

United States of America )
v. )
Carlos Raymon ALVAREZ )   Case No.  2:24-mj-574
USMS #: 77916-061 )
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 11/30/2024 _____ in the county of _____ Franklin _____ in the
_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

On or about November 30, 2024, Carlos ALVAREZ did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). Furthermore, the aforementioned escape from custody occurred within the Southern District of Ohio.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tracey C. Clifford Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/3/2024

_____
*Judge's signature*

City and state: Columbus, OH

Elizabeth Preston Deavers, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | |
| | : | |
| **United States of America** | : | **Case No.:** |
| **v.** | : | |
| **Carlos Raymon ALVAREZ** | : | **Magistrate Judge** |
| | : | |
| | : | **UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tracey C. Clifford, being duly sworn, do hereby declare and state the following:

## INTRODUCTION

1. I am a Deputy with the United States Marshals Service (USMS) and have been since December 2022. I am currently assigned to the USMS Southern Ohio Fugitive Apprehension Team (SOFAST) in the Southern District of Ohio. I have completed over 500 hours of instruction at the United States Marshals Service National Training Academy at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). During my employment with the USMS, I have been trained and received specific training on fugitive apprehension. While preforming my duties as a Deputy U.S. Marshal, I have been involved in many fugitive investigations involving other federal, state, and local law enforcement agencies. Additionally, I personally have been assigned as the Lead Deputy on numerous fugitive investigations that have resulted in the apprehension of a wanted person(s). I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer, and all its subsections.

2. On or about August 7, 2019, Carlos ALVAREZ was sentenced by United States District Judge Thomas M. Rose to a term of 120 months and one (1) day of incarceration in the Bureau of Prisons (BOP) following two convictions under 18 U.S.C. §§ 924(c)(l)(A)(iii) Use of a Firearm during and in relation to a crime of violence and 18 U.S.C. § 371, Conspiracy. ALVAREZ was also sentenced to five (5) years of Supervised Release.

3. On or about September 5, 2019, ALVAREZ was released to custody of the BOP and ultimately incarcerated at USP Terre Haute, McKean FCI, and McDowell FCI. On or about October 2, 2024, ALVAREZ was transferred to the Alvis House for Men, located at 1755 Alum Creek Drive Columbus, Ohio where he was to remain in custody of the BOP until his projected release date of December 13, 2024. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates.

4. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody. Inmates are restricted on their movement to and from the facility and are only able to leave the facility for work or with approval from the facility staff and signing out of the facility when departing and signing back in when returning.

5. On or about November 30, 2024, the BOP duty officer received a phone call from Alvis House staff that the above offender walked out of the facility with two black bags. Staff asked ALVAREZ what he was doing to which he replied that he was "taking his bags to his people." ALVAREZ was spotted getting into a white Ford truck with tinted windows and drove off. Escape procedures were conducted and yielded negative results. A search of ALVAREZ's dorm revealed ALVAREZ had cut his GPS monitor off prior to leaving the facility.

6. As of December 2, 2024, ALVAREZ has not returned to the Alvis House and his whereabouts are unknown. No attempts have been made by USMS Southern Ohio to locate ALVAREZ.

7. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe Carlos ALVAREZ did knowingly escape from the custody of the United States Bureau of Prisons in violation of 18 U.S.C. 751(a). I thereby request the issuance of a criminal complaint and arrest warrant.

Tracey C. Clifford
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence this 2nd day of December 2024, in Columbus, Ohio

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE